# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

UNITED STATES OF AMERICA,

     **Plaintiff,**

  v.         **CASE NO.** 25-20092-DDC-TJJ

ANDREW M. AMUNDSEN,

     **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT ONE

**FELON IN POSSESSION OF A FIREARM**
**[18 U.S.C. §§ 922(g)(1) and 924(a)(8)]**

On or about October 27, 2025, in the District of Kansas, the defendant,

ANDREW M. AMUNDSEN,

knowing he had previously been convicted of crimes punishable by imprisonment for a

term exceeding one year, to wit: in 2019, in the District Court of Wyandotte County,

Kansas, case number 2019CR1100, of Burglary, Theft and Criminal Possession of a

Weapon by a Felon; knowingly possessed a firearm, to wit: a Glock firearm bearing serial

1

number CFBK694, in and affecting interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT TWO

## POSSESSION OF A FIREARM BY AN UNLAWFUL USER OF A CONTROLLED SUBSTANCE [18 U.S.C. § 922(g)(3)]

On or about October 27, 2025, in the District of Kansas, the defendant,

ANDREW M. AMUNDSEN,

who knowingly was an unlawful user of a controlled substance, knowingly and

unlawfully possessed in and affecting interstate and foreign commerce, and received a

Glock firearm bearing serial number CFBK694.

In violation of Title 18, United States Code, Sections 922(g)(3) & 924(a)(8).

## FORFEITURE NOTICE

1.      The allegations contained in Counts 1 and 2 of this Indictment are hereby re-

alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to

Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section

2461(c).

2.      Upon conviction of the offenses identified in Counts 1 and 2 of this

Indictment, the defendant,

ANDREW M. AMUNDSEN,

shall forfeit to the United States, States pursuant to Title 18, United States Code, Section

924(d), and Title 28, United States Code, Section 2461(c), any firearms or ammunition

involved in the commission of the offenses, including, but not limited to:

    A.  a Glock firearm bearing serial number CFBK694;

    B.  an extended magazine; and

    C.  ammunition contained in the firearm.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United

States Code, Section 2461(c).


A TRUE BILL.


November 19, 2025                  *s/Foreperson*
DATE                                 FOREPERSON OF THE GRAND JURY


RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: */s/ Faiza H. Alhambra*
Faiza H. Alhambra
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: Faiza.alhambra@usdoj.gov
Ks. S. Ct. No. 24525


> IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

## PENALTIES

**Counts 1 and 2: Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and Possession of a Firearm by an Unlawful User of a Controlled Substance, 18 U.S.C. § 922(g)(3)**

- Punishable by a term of imprisonment of not more than fifteen (15) years. 18 U.S.C. § 924(a)(8);
- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2);
- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3);
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A);
- Forfeiture.